AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

US DISTRICT COURT
WESTERN DIST. ARKANSAS
FILED
SEP 27 2019
DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

| United States of America | ) |
| v. | ) |
| Maki Takehisa | ) Case No. 19mj 5041 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

2019 SEP 30 AM 9:43 RECEIVED U.S. MARSHALS SERVICE

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   Maki Takehisa
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Aiding and Abetting in Alien Smuggling, in violation of Title 8, U.S.C., Sections 1324(a)(1)(A)(iv) and 1324(a)(1)(A)(v)(II).

Date: 9/27/19

_Erin J. Wiedemann_
Issuing officer's signature

City and state:   Fayetteville, Arkansas

Erin L. Wiedemann, Chief U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on (date) 9/30/19, and the person was arrested on (date) 9/27/19
at (city and state)   Springdale, AR.

Date: 9/30/19

_James Richardson_
Arresting officer's signature

DUSM James Richardson
Printed name and title

Signed for SA Justin Ledzinski, FBI